UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CR03-573-JPD |
| v. ) | |
| ) | |
| MICHAEL LYNN LEWIS, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

Failure to Appear For Sentencing on Charges of Theft by Postal Service Employee in violation of 18 U.S.C. § 1703(b).

Date of Detention Hearing: May 3, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    The Third Supplemental Pretrial Services Report dated May 3, 2006, indicates that a summons was issued to defendant to appear before the Honorable Monica J. Benton on

01 January 13, 2004, on the instant charge. Defendant failed to appear for his initial appearance
02 and a warrant was issued on January 30, 2004.

03 Defendant made his initial appearance in custody on April 25, 2005, before
04 the undersigned Magistrate Judge, and entered a guilty plea on April 28, 2005. On April 29,
05 2005, defendant was released on his personal recognizance with Pretrial Services supervision
06 and special conditions of release imposed.

07 On August 30, 2005, defendant failed to appear for sentencing, and a bench
08 warrant was issued for this offense. Defendant was arrested by the Seattle, Washington,
09 Police Department on April 25, 2006, on a prior warrant for assault, and a prior warrant for
10 escape.

11 (2) Defendant is viewed as a risk of flight because of his failure to appear on three
12 separate occasions on the instant charges. In addition, he has a history of failure to appear in
13 other courts for prior offenses.

14 (3) There appear to be no conditions or combination of conditions other than
15 detention that will assure the defendant's appearance at future Court hearings.

16 IT IS THEREFORE ORDERED:

17 (1) Defendant shall be detained pending trial and committed to the custody of the
18 Attorney General for confinement in a correction facility separate, to the
19 extent practicable, from persons awaiting or serving sentences or being held in
20 custody pending appeal;

21 (2) Defendant shall be afforded reasonable opportunity for private consultation
22 with counsel;

23 (3) On order of a court of the United States or on request of an attorney for the
24 government, the person in charge of the corrections facility in which
25 defendant is confined shall deliver the defendant to a United States Marshal
26 for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of May, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge